

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 25 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**8/24/2015**                                                        **COA No. 12-13-00168-CR**
**GENTRY, SAMUEL C.**     **Tr. Ct. No. 241-1540-12**          **PD-1312-14**

The appellant's motion for bail, pursuant to Texas Code of Criminal Procedure, Art. 44.04(h), has this day been filed. The motion will be presented to the Court ten days after the date of this notice. A response, if any is desired, must be filed within the said ten days. Please submit an original and ten (10) copies of your response.

Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *